D. GREG DURBIN (SBN 81749)
McCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH LLP
5 River Park Place East
P.O. BOX 28912
TELEPHONE: (559) 433-1300
FACSIMILE: (559) 433-2300
Greg.Durbin@mccormickbarstow.com

STEVEN M. WEINBERG (SBN 235581)
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555
smweinberg@holmesweinberg.com

Attorneys for Plaintiff
E. & J. Gallo Winery

WILLIAM S. KRONENBERG (SBN 133730)
wkronenberg@mpbf.com
STEVEN W. YUEN (SBN 230768)
syuen@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant
Grenade Beverage, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| E. & J. GALLO WINERY,<br>      Plaintiff,<br><br>  v.<br><br>GRENADE BEVERAGE LLC,<br>      Defendants. | Case No. 1:13-CV-00770-AWI-SAB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR TO TRANSFER VENUE** |

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

On August 20, 2013, Plaintiff E. & J. Gallo Winery and Defendant Grenade Beverage LLC filed a Joint Stipulation to Extend Time to Respond to Defendant's Motion to Dismiss or to Transfer Venue.

Having considered the parties' Joint Stipulation, the Court finds it appropriate to continue the hearing date for Defendant's Motion to Dismiss or to Transfer Venue (Dkt. No. 11). For the reasons set forth in the parties' Joint Stipulation, the Court GRANTS the Joint Stipulation as follows:

The hearing date for Defendant's Motion to Dismiss or to Transfer Venue (currently noticed for September 4, 2013) is continued to November 13, 2013 **at 9:30 a.m**., and all associated briefing deadlines are continued in accordance with the November 13, 2013 hearing date.

IT IS SO ORDERED.

Dated:   **August 21, 2013**

UNITED STATES MAGISTRATE JUDGE

**HOLMES WEINBERG PC**
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265