# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY,<br><br>    Plaintiff,<br><br>    v.<br><br>GRENADE BEVERAGE LLC,<br><br>    Defendant. | Case No. 1:13-cv-00770-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 25 |

On November 14, 2013, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that Defendant Grenade Beverage LLC's ("Defendant") motion to dismiss be denied. The Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days. No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1. The November 14, 2013 Findings and Recommendations are ADOPTED IN FULL; and

2. Defendant's motion to dismiss or to transfer is DENIED.

IT IS SO ORDERED.

Dated:  December 17, 2013  _____

SENIOR DISTRICT JUDGE