# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRENADE BEVERAGE LLC, a California limited liability company,<br><br>Defendant. | Case No. 1:13-CV-00770-AWI-SAB<br><br>**ORDER GRANTING REQUESTS TO SEAL DOCUMENTS** |

    Based on requests by Plaintiff and Defendant to seal documents, and good cause appearing for each, IT IS HEREBY ORDERED pursuant to Local Rule 141 that the following documents are sealed:

1. Redacted portions of Plaintiff's Motion for Summary Judgment;
2. Redacted portions of the Declaration of Anna Bell ("Bell Decl.") in support of Plaintiff's Motion;
3. Redacted portions of the Statement of Undisputed Facts in support of Plaintiff's Motion;

4. Redacted portions of the Joint Stipulation of Undisputed Facts in support of Plaintiff's Motion;

5. Exhibits, or redacted portions of Exhibits 11, 13, 14, 16-19, 21-26, 28 and 29 to the Bell Decl.;

6. Redacted portions of Exhibit 2 to the Declaration of Ryan Martin ("Martin Decl.") in support of Plaintiff's Motion;

7. Redacted portions of Exhibit 21 to the Declaration of Michael J. Salvatore ("Salvatore Decl.") in support of Plaintiff's Motion;

8. Defendant's Motion for Summary Judgment;

9. Defendant's Separate Statement in support of its motion for Summary Judgment;

10. Exhibits, or redacted portions of Exhibits I, J, L, N, O, and Q to the Declaration of Steven W. Yuen ("Yuen Decl."); and

11. Defendant's Proposed Order granting its Motion for Summary Judgment.

The documents shall be sealed in a manner that permits full access to Court personnel and to counsel for both parties, but denies access to members of the public. The documents shall remain sealed until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  June 27, 2014

SENIOR  DISTRICT  JUDGE