UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff<br><br>v.<br><br>GRENADE BEVERAGE LLC, a California limited liability company,<br><br>Defendant | CASE NO. 1:13-CV-0770 AWI SAB<br><br>ORDER REFERRING PENDING MOTION TO MAGISTRATE JUDGE STANLEY A. BOONE<br><br>ORDER VACATING THE AUGUST 4, 2014 HEARING DATE |

Plaintiff has filed a complaint in which it alleges trademark infringement, false designation of origin, unfair competition, and related state law claims. The parties have filed cross motions for summary judgment. These motions are currently set to be heard before the undersigned on August 4, 2014. The Court finds that the pending motions should be referred to Magistrate Judge Boone for the entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motions for summary judgment are REFERRED to Magistrate Judge Boone;

2. The August 4, 2014 hearing before the undersigned is VACATED; and

3. If Magistrate Judge Boone desires a hearing on the pending motions, Magistrate Judge Boone's Chambers will contact the parties and set a new hearing date at Magistrate Judge Boone's convenience.

IT IS SO ORDERED.

Dated:   July 1, 2014

SENIOR  DISTRICT  JUDGE