William S. Kronenberg - 133730
wkronenberg@krolaw.com
Steven W. Yuen - 230768
syuen@krolaw.com
KRONENBERG LAW, P.C.
1999 Harrison Street, Suite 1450
Oakland, CA  94612-4729
Tel:     (510) 254-6767
Fax:    (510)788-4092

Attorneys for Defendant
GRENADE BEVERAGE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRENADE BEVERAGE LLC, a California limited liability company,<br><br>Defendant. | Case No.:   1:13-cv-00770-AWI-SAB<br><br>**ORDER ON DEFENDANT GRENADE BEVERAGE, LLC'S REQUEST TO SEAL DOCUMENTS** |

Defendant Grenade Beverage, LLC's (hereafter "Grenade") request to seal documents in support of its opposition to plaintiff E. & J. Gallo Winery's (hereafter "Gallo") motion for summary judgment was filed and received by the court.  Having read and considered Grenade's request to seal documents, the court orders the following documents:

| Sealed | Not Sealed | Documents |
|---|---|---|
| XX | | 1. Grenade's opposition to Gallo's motion for summary judgment. |
| XX | | 2. Grenade's response to Gallo's separate statement in support of its opposition to Gallo's motion for summary judgment. |

| | | |
|---|---|---|
| <u>  XX  </u>   <u>        </u> | 3. | Exhibit R  to the declaration of Steven W. Yuen:  Anna Bell deposition transcript excerpts. |
| <u>  XX  </u>   <u>        </u> | 4. | Exhibit S  to the declaration of Steven W. Yuen:  John Seethoff deposition transcript excerpts. |

IT IS SO ORDERED.

Dated:   **July 31, 2014**

*[signature]*

UNITED STATES MAGISTRATE JUDGE