1  William S. Kronenberg - 133730
   wkronenberg@krolaw.com
2  Steven W. Yuen - 230768
   syuen@krolaw.com
3  KRONENBERG LAW, P.C.
   1999 Harrison Street, Suite 1450
4  Oakland, CA  94612-4729
   Tel:   (510) 254-6767
5  Fax:   (510)788-4092

6  Attorneys for Defendant
   GRENADE BEVERAGE, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11 | E. & J. GALLO WINERY, a California corporation | Case No.:   1:13-cv-00770-AWI-SAB
12 |                                                 | **ORDER ON DEFENDANT GRENADE BEVERAGE, LLC'S REQUEST TO SEAL DOCUMENT FOR REPLY**
13 |     Plaintiff,                                  |
14 | v.                                              |
15 | GRENADE BEVERAGE LLC, a California limited liability company, |
16 |     Defendant.                                  |

17

18   Defendant Grenade Beverage, LLC's (hereafter "Grenade") request to seal document for reply

19 to plaintiff E. & J. Gallo Winery's (hereafter "Gallo") opposition to Grenade's motion for summary

20 judgment was filed and received by the court.  Having read and considered Grenade's request to seal

21 document for reply, the court orders the following documents:

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

| Sealed | Not Sealed | Documents |
|---|---|---|
| XX | ____ | 1. Grenade's reply to Gallo's opposition to Grenade's motion for summary judgment. |

IT IS SO ORDERED.

Dated:   **August 6, 2014**

_____
UNITED STATES MAGISTRATE JUDGE