# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, | Case No. 1:13-cv-00770-AWI-SAB |
| Plaintiff, | ORDER VACATING TRIAL |
| v. | |
| GRENADE BEVERAGE LLC, | |
| Defendant. | |

Due to the parties' pending motions for summary judgment, IT IS HEREBY ORDERED that the trial scheduled for October 28, 2014 and the pre-trial conference scheduled for September 17, 2014 are VACATED and will be rescheduled by further order of the Court.

IT IS SO ORDERED.

Dated:  **September 3, 2014**

UNITED STATES MAGISTRATE JUDGE

1